INDUSTRIAL CLAIM APPEALS OFFICE, Petitioner,

v.

Kandace BOSWELL and W.J. Company, Respondents.

No. 89SC335.

Supreme Court of Colorado, En Banc.

July 24, 1989.

ORDER OF COURT

Upon consideration of the Petition for Writ of Certiorari filed in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition shall be, and the same hereby is, GRANTED, and the judgment of the Court of Appeals is vacated, and the cause remanded to the Court of Appeals for reconsideration in light of *Colorado Division of Employment and Training v. Hewlett,* 777 P.2d 704 (Colo.1989).